IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01217-BNB

ELISEO F. DORADO,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion to certify the class and for appointment of counsel to represent the class filed on May 27, 2009, is DENIED.

Dated: June 9, 2009

Copies of this Minute Order mailed on June 9, 2009, to the following:

Eliseo F. Dorado
Reg No. 48472-180
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

_____
Secretary/Deputy Clerk